

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00297-CV

## IN RE MARVIN MARCELLA HARRIS, SR.

_____

## Original Proceeding

## O R D E R

Relator filed a petition for writ of mandamus with this Court on September 14, 2018. The Court requests a response to Relator's Petition for Writ of Mandamus from the parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 14 days from the date of this order.

PER CURIAM



Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Response requested
Order issued and filed September 26, 2018